ZEICHNER ELLMAN & KRAUSE LLP
Jantra Van Roy
Nathan Schwed
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
jvanroy@zeklaw.com
nschwed@zeklaw.com

*Attorneys for ASCP, LLC and Ascribe Associates III, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In Re:

LAWRENCE A. FIRST,

                Debtor.

ASCP, LLC, et al.,

                Plaintiffs,

v.

LAWRENCE A. FIRST,

                Defendant.

---------------------------------------------------------------X

Case No. 22-11020 (MG)

Chapter 11

Adv. Pro. Case No. 22-01166 (MG)

**NOTICE OF ADJOURNMENT OF CASE MANGEMENT CONFERENCE**

       **PLEASE TAKE NOTICE** that a Case Management Conference scheduled to be held on December 5, 2023 at 2:00 p.m. has been adjourned and will be held in Courtroom 523 on January 16, 2024 at 2:00 p.m. or as soon thereafter as counsel can be heard, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004

**PLEASE TAKE FURTHER NOTICE** that the Hearing will also be conducted using Zoom for Government. Parties not appearing in person and those wishing to appear or participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the Court's website prior to 4:00 p.m. (Prevailing Eastern Time) on the business day before the Hearing. Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at http://www.nysb.uscourts.gov/content/judge-martin-glenn. Parties are advised to check the Court Calendar the day before for updated call-in times.

Dated: New York, New York
November 30, 2023

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Jantra Van Roy
Jantra Van Roy
Nathan Schwed
Attorneys for *ASCP, LLC and Ascribe Associates III, LLC*
1211 Avenue of Americas
New York, New York 10036
Tel: 212-223-0400
Fax: 212-753-0396
jvanroy@zeklaw.com
nschwed@zeklaw.com